IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CLEVELAND WEBSTER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | No. 5:04-CR-22 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER ON THE RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 108] to dismiss Petitioner Cleveland Webster's "Motion for Leave of Court to File 28 U.S.C. § 2255(f)(3) or (4) Due to New Supreme Court Ruling" [Doc. 107]. Petitioner has not entered an objection to the Recommendation. Upon review of the record, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 108] is **ADOPTED and MADE THE ORDER OF THE COURT**. Petitioner's Motion [Doc. 107] is **DISMISSED**.

**SO ORDERED,** this 7th day of November, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ADP